UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNA WHEELER,

   Plaintiff,        Case No. 1:24−cv−00759−RJJ−RSK

v.            Hon. Robert J. Jonker

GRANT PUBLIC SCHOOLS, et al.,

   Defendants.
_____/

### NOTICE REGARDING ASSIGNMENT OF CASE

  NOTICE is hereby given that the above−captioned case was filed in this court on July 25, 2024 .   The case has been assigned to Robert J. Jonker .

            CLERK OF COURT

Dated:  July 26, 2024  By:  /s/ E. Siskind_____
              Deputy Clerk